AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT

Oct 17, 2024

for the
Eastern District of Washington

SEAN F. McAVOY, CLERK

REUBEN E.

|  |  |  |
|---|---|---|
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.   1:24-cv-3093-EFS |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security | ) | |
| _Defendant_ | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

❏ the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____ .

☑ other:  Pursuant to the Court Order at ECF No. 11 the parties' Stipulated Motion for Remand, ECF No. 10, is GRANTED. This matter is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment is entered for Plaintiff.

This action was _(check one)_:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

❏ decided by Judge _____ on a motion for

Date:  10/17/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony

_(By) Deputy Clerk_

Brian Molony